UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THERESA M. ROSS,

    Plaintiff,

v.

JHON ARENESTOS,

    Defendant.

Case No. 21-cv-05293-PJH

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT WITH LEAVE TO AMEND**

Re: Dkt. No. 12

The court has reviewed Magistrate Judge Laurel Beeler's Report and Recommendation to dismiss plaintiff's complaint. Objections to the report were due September 10, 2021, but none were timely filed. The court finds the report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the court **DISMISSES** the case for failure to file an amended application to proceed in forma pauperis or an amended complaint that states a claim.

In particular, the court emphasizes that a complaint filed in forma pauperis is reviewed pursuant to Title 28 U.S.C. § 1915. That review "accords judges . . . the unusual power to pierce the veil of the complaint's factual allegations and dismiss those claims whose factual contentions are clearly baseless." Denton v. Hernandez, 504 U.S. 25, 32-33 (1992) ("a finding of factual frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible") (quoting Neitzke v. Williams, 490 U.S. 319, 327 (1989)). "[C]laims describing fantastic or delusional scenarios" are clearly baseless. Id.

Here, plaintiff's complaint alleges that the defendant stole her government documents and is now harassing and extorting her with the documents. The complaint

does not identify any facts to establish diversity jurisdiction, and it does not identify any claims to establish a federal question. In subsequent papers filed with the court, plaintiff claims that unspecified persons have been living in her home, driving her cars, trying to open bank accounts, and have harmed, threatened, and harassed her and her family. She contends that they used people to rape, sexually stalk, and harass her since she was a teen and continue to do so today. Plaintiff claims that she and her brother, who is currently incarcerated, are both heads of government. None of plaintiff's papers address the issue of this court's jurisdiction, and the allegations strain credulity. Accordingly, under this court's review compelled by Title 28 U.S.C. § 1915, the action is frivolous and is **DISMISSED**. See generally Burgess v. Bank of Credit & Commerce Int'l, 996 F.2d 1223 (9th Cir. 1993).

Plaintiff may file an amended complaint only if she also files an amended application to proceed in forma pauperis that addresses the deficiencies specified in Judge Beeler's order dated July 21, 2021. Dkt. 5. Any amended application to proceed in forma pauperis and amended complaint shall be filed together, within 30 days of this order. Any amended complaint must specify each (1) the legal violations for which plaintiff seeks relief, (2) factual allegations supporting plaintiff's claims for relief, and (3) the grounds for this court's jurisdiction over this case. See Notice and Order notifying plaintiff of resources available (Dkt. 4). No additional parties may be added to the amended complaint without leave of court. If plaintiff fails to comply with this order, the complaint will be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: September 21, 2021

*/s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge