UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THERESA M. ROSS,

    Plaintiff,

v.

JHON ARENESTOS,

    Defendant.

Case No. 21-cv-05293-PJH

**ORDER OF DISMISSAL**

On September 21, 2021, the court adopted the Report and Recommendations of Judge Laurel Beeler (Dkt. 12) and dismissed the complaint. Dkt. 20. In the same order, the court gave plaintiff 30 days to file an amended complaint and application to proceed in forma pauperis. Dkt. 20 at 2. The court warned, "If plaintiff fails to comply with this order, the complaint will be dismissed with prejudice." Dkt. 20 at 2. Plaintiff did not comply with the order—she did not file an amended complaint or a renewed application to proceed in forma pauperis by the October 21, 2021, deadline or as of today's date. Therefore, IT IS HEREBY ORDERED that this case is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: November 8, 2021

                                      */s/ Phyllis J. Hamilton*
                                      PHYLLIS J. HAMILTON
                                      United States District Judge