UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA M. ROSS,<br>  Plaintiff,<br>v.<br>JHON ARENESTOS,<br>  Defendant. | Case No. 21-cv-05293-PJH<br><br>**JUDGMENT** |

The issues having been duly heard and the court having dismissed plaintiff's complaint with prejudice,

it is Ordered and Adjudged

that plaintiff take nothing, and that the action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: November 8, 2021

  /s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge